Michael Yahng, WSBA #35615
Cornerstone Law Office, LLC
30810 Pacific Hwy So
Federal Way, WA 98003
T: 253-946-9428
F: 253-839-2490

Judge: Paul B. Snyder
Chapter 7

# UNITED STATES BANKRUTPCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

KYOUNG SUN KO and SUNG YOL KO,

Debtor(s)

**Case No: 12-44944-PBS**

EX-PARTE MOTION TO REOPEN CHAPTER 7 CASE TO FILE CERTIFICATE OF FINANCIAL MANAGEMENT COURSE COMPLETION GRANTING DISCHARGE AND RE-CLOSING CASE

COMES NOW debtors, Kyoung Sun Ko and Sung Yol Ko, by and through their attorney of record, Michael Yahng, and respectfully request the Court enter an Order re-opening this bankruptcy case to file Certificate of Financial Management Course competition and grant Debtors a discharge and closing of their Chapter 7 Bankruptcy case.

## MOTION

1. Debtors/ petitioners respectfully show that they filed a petition in this court in above captioned matter on 7/17/2012. The first Meeting of Creditors was held on 8/21/2012.

2. Debtors' Chapter 7 bankruptcy was closed without discharge on October 23, 2012, for failure to timely file their certificate of Financial Management Course competition. Debtors/ petitioners did take the course on October 23, 2012.

EX-PARTE MOTION TO REOPEN CHAPTER 7
CASE Page - 1 of 2

Cornerstone Law Office
30810 Pacific Hwy So
Federal Way, WA 98003
Telephone (253) 946-9428
Facsimile (253) 839-2490

Case 12-44944-PBS    Doc 14    Filed 10/23/12    Ent. 10/23/12 16:19:15    Pg. 1 of 2

REQUEST TO REOPEN DEBTORS' CHAPTER 7 BANKRUPTCY

Under §350(b) of the Bankruptcy Code, "A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause." In the instant case, the Debtors' bankruptcy case has been closed without relief to the debtor in regard to discharge.

Therefore, Debtors respectfully request that their Chapter 7 bankruptcy case be re-opened to file their certificates of financial management course, grant them a discharge and close their case.

CONCLUSION

WHEREFORE, Debtors respectfully request the Court enter an order re-opening their Chapter 7 bankruptcy case file allowing them to file their certificates of Financial Management Course, granting them a discharge and re-closing the case file upon completion of the administrative tasks of the Clerk of the Court.

DATED ths 23rd day of October, 2012.

/s/ Michael Yahng
Michael M. Yahng, WSBA #35615
Attorney for Debtors
cornerstonelaws@hotmail.com

EX-PARTE MOTION TO REOPEN CHAPTER 7
CASE Page - 2 of 2

Cornerstone Law Office
30810 Pacific Hwy So
Federal Way, WA 98003
Telephone (253) 946-9428
Facsimile (253) 839-2490

Case 12-44944-PBS    Doc 14    Filed 10/23/12    Ent. 10/23/12 16:19:15    Pg. 2 of 2